UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| Date: August 1, 2024 | Time: 2:26-2:52 p.m. (26 minutes) | Judge: Yvonne Gonzalez Rogers |
|---|---|---|
| Case No.: 12-cr-00685-YGR 24-cr-00255-YGR | Case Name: USA v. Limon-Gonzalez | |

**Defendant:** Jaime Limon-Gonzalez **(Present; Custody)**
**Attorney for Plaintiff:** Daniel Kassabian
**Attorney for Defendant:** James Vaughns
**Probation Officers:** Xitlalli Bobadilla and Melissa Moy

**Deputy Clerk:** Nikki D. Riley          **Court Reporter:** Stephen Franklin
                                                                          appearing via Zoom

**PROCEEDINGS:** Sentencing and Disposition Hearing Re Supervised Release Violations HELD

**Notes:** **Re Case No. 24-cr-00255-YGR**-The Court sentences defendant to: 63 months BOP; 4 years of supervised release under the usual terms and conditions and the special conditions; fine is waived; and $100.00 special assessment. The Court on the record confirms with defense counsel that his client understands and agrees to the standard conditions of supervision attached to the PSR because they are imposed and incorporated in this sentence. **Re Case No. 4:12-cr-00685-YGR**-The Court revokes defendant's supervised release and sentences him to: 14 months BOP (to run consecutively to the sentence imposed in docket no. 4:24-cr-00255-YGR) with no supervised release to follow. See J&C on both cases for additional details. Defendant is remanded into the custody of the U.S. Marshal on both cases.